UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PROKOS,

                Plaintiff,

- against -

HAUTE LIVING, INC. and DOES 1-10,

                Defendants.

**ORDER**

19 Civ. 138 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On or before **September 4, 2020**, the parties will submit a joint letter stating whether they wish to engage in settlement discussions over the subsequent thirty days. In this letter, the parties will also address the statute of limitations issue regarding the third photograph at issue in this litigation, as well as the proposed motion to amend. If Plaintiff wishes to move to amend, and if Defendants oppose such a motion, the parties will include a proposed briefing schedule.

Dated:  New York, New York
          August 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge