UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PROKOS,<br>                          Plaintiff,<br><br>- against -<br><br>HAUTE LIVING, INC. and DOES 1-10,<br>                          Defendants. | **ORDER**<br><br>19 Civ. 138 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        In light of U.S. Copyright Office closures due to the COVID-19 pandemic, it is hereby ORDERED that discovery in this case be stayed for 60 days from the date of this order. Defendant's time to respond to the Second Amended Complaint shall be included in the stay.

Dated: New York, New York
         November 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge