MEMO ENDORSED:
The application is denied. The conference will proceed as scheduled.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: February 4, 2021

---

VIA ECF

February 4, 2021

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the
 Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Prokos v. Haute Living, Inc., et al;* Case No. 1:19-cv-00138-PGG

Dear Judge Gardephe,

Undersigned counsel represents Defendant Haute Living, Inc. in this case. The Court previously entered an order staying this case on November 20, 2020 as a result of the closure of the U.S. Copyright Office due to the impact of COVID-19. (DE 77) ("Stay Order"). The Stay Order expired on January 20, 2021, however, the U.S. Copyright Office remains closed. Counsel for Haute Living conferred with counsel for Plaintiff Andrew Prokos regarding the expiration of the Stay Order and asked whether he opposed an extension of the Stay Order. Counsel for Plaintiff indicated that he does not consent.

Because the Copyright Office remains closed, Defendant Haute Living respectfully requests that this Court enter an order extending the Stay Order for an additional thirty (30) days.

The next pretrial conference in this case is scheduled for tomorrow, February 5, 2021 at 10:00 a.m. Haute Living respectfully requests that if the Court extends the Stay Order for an additional thirty (30) days that the February 5, 2021 conference be continued until next month.

Thank you for your Honor's consideration of this matter.

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
201 S. Biscayne Boulevard, 27th Floor
Miami, Florida 33131
Phone: (305) 379-9000
akluger@klugerkaplan.com
tmeyers@klugerkaplan.com


By: ___*/s/ Terri Meyers*___
       Alan Kluger, Esq.
       Terri Meyers, Esq.
       *Attorneys for Defendant Haute Living, Inc.*